*Richardson v. Sarah Bush Lincoln Health Center*
US District Court –Urbana Division 20-cv-2345

### Plaintiff's Proposed Questions for Prospective Jurors[1]

1. What do you think is the most important characteristic for a person who is going to serve on a jury?

2. When you have a very important decision to make, do you make it with your heart or your mind?

3. Would you describe yourself as more of an idealist or more of a realist?

4. Do you or any of your close relatives or close friends have any legal training or experience? If so, please explain.

5. Have you ever testified as a witness or served on a jury in a case? If so, explain the case and what your role was.

6. Do you have any specific problems at home or on the job which might make you lose your concentration during the trial or cause you to hurry the decision-making process in the jury room?

7. Do you or any of your close relatives or close friends have any experience with Sarah Bush Lincoln Health System? If so, please explain.

8. The defendant operates a hospital. Does anyone have any views about whether hospitals deserve special consideration in lawsuits? If so, please explain.

9. Have you or any of your close relatives or close friends ever worked for a hospital or pharmacy? If so, please explain.

10. If after hearing all the evidence, if you determine the plaintiff proved his case, would any of you have any reservations about returning a verdict against the hospital? If so, please explain.

---

[1] In proposing these questions, Plaintiff understands the prospective jurors will be asked standard questions about family, whether they or any immediate family members have prior arrests, convictions, lawsuits and jury service, their employment history, education, place of residence and hobbies. Plaintiff further requests leave to supplement these proposed questions with additional inquiries and the opportunity to ask follow-up questions to any questions asked by the Court or counsel.

11. Do you or any of your close relatives or close friends have experience with supervising other employees? If so, please explain.

12. In a case involving a dispute between a manager and an employee, do you have any tendency to believe or find more credible the employee or the supervisor? Why?

13. Have you or any of your close relatives or close friends felt like they were mistreated at work? If so, please explain.

    A. If yes, did you or your close relative or close friend believe the conduct harmed them or prevented them from accomplishing their goals? If so, please explain.

14. Have you or any of your close relatives or close friends been accused of mistreating a coworker? If so, please explain.

    A. If yes, did you or your close relative or close friend believe the accusation harmed them or prevented them from accomplishing their goals? If so, please explain.

15. Have you or any of your close relatives or close friends ever reported a coworker for engaging in misconduct? If so, please explain.

16. Have you or any of your close relatives or close friends ever participated in an investigation of a coworker? If so, please explain.

17. Have you or any of your close relatives or close friends been disciplined for conduct occurring at work? If so, please explain. If so, please explain.

18. Have you or any of your close relatives or close friends ever been discharged involuntarily from a job? If so, please explain.

19. Do you or any of your close relatives or close friends have experience with conducting investigations? If so, please explain.

20. Does anyone have any views about the laws that apply to employers and employees? If so, please explain.

21. Have you or any of your close relatives or close friends been involved in a lawsuit involving work? If so, please explain.

22. This case involves allegations of employment discrimination. Does anyone have any beliefs about whether employees have too many or too few protections under the law? If so, please explain.

23. Have you or any of your close relatives or close friends received training on workplace policies involving harassment, discrimination or retaliation?

24. Does everyone here know that discrimination or harassment at work based on an employee's sexual orientation is illegal? Anyone believe it is not?

25. Does everyone here understand that retaliation for making a complaint of discrimination or harassment is illegal? Anyone believe it is not?

26. Please raise your hand if you believe that discrimination or retaliation is common in the workplace? Please raise your hand

27. Please raise your hand if you believe that sometimes people file a discrimination lawsuit when they don't get what they want at work?

28. Please raise your hand if you believe that society has too many or too few rules about protecting people based on their sex or sexual orientation?

29. Do you think harassment or retaliation in the workplace is something employees should simply learn to handle or avoid?

30. Do you think incidents of discrimination, harassment and retaliation in the workplace are accurately reported, underreported, or reported more often than they really happen?

31. Do you think people are generally afraid to report harassment in the workplace? Why do you think that is?

32. How often do you think someone who reports harassment in the workplace experiences retaliation? Rarely, sometimes, often?

33. What do you think an employee who is being harassed or experienced retaliation should do?

34. The ability to have your job performance judged on its own merits without consideration of sex or sexual orientation is a legal right. Does anyone think that only employees with excellent performance evaluations should have their legal rights protected?

35. You may hear some evidence that the plaintiff was really good at his job, but you may also hear evidence suggesting that he was not a perfect employee. Does anyone think they might be less likely to enforce legal rights laws with respect to an employee who was not perfect?

36. Does anyone have any views about whether average employees should have their legal rights protected?

37. Do you have any close friends who are lesbian, gay, bisexual or transgender?

38. How would you feel if a same-sex couple moved in next door to you?

39. How would you feel if you had to work closely with someone who was lesbian, gay, bisexual or transgender?

40. Do you think employers should be able to refuse to hire someone because of the person's sexual orientation or gender identity?

41. How comfortable are you with same-sex couples raising children together?

42. In this case, the plaintiff is seeking damages for the experience of allegedly being subjected to harassment and retaliation at work. If the evidence supported it, would anyone have any issues with awarding monetary damages for those types of injuries?

43. Does anything concern you about a citizen suing for money damages when they claim they have been injured by discrimination, harassment or retaliation?

44. One of the issues in the case involves punitive damages.  Their purpose is not to compensate the injured person for anything in particular, but to punish the defendants and to deter them and others from doing that same kind of thing again.  What do you think about punitive damages?  Are punitive damages something you believe you would feel comfortable awarding if the evidence supported it?

45. Have you or someone close to you ever seen a counselor, therapist, psychologist or psychiatrist?  For what condition?

46. Does anyone believe that emotional pain and suffering caused by experiencing discrimination, harassment or retaliation at work is different from the pain and suffering caused by a physical injury like a broken bone?

47. Do you try to attend religious services at your place of worship every week?

48. What are your views of the civil justice system and a jury's right to hear and decide personal injury or discrimination cases?

49. Do any of you use Snapchat?

50. Do any of you know any of the following individuals who may be called to testify in this case:

    Ethan Richardson
    Matt Clifton
    Heidi Davis
    Debbie Saddoris
    Denise Smith
    Gwen Janes
    Jenni Mueller
    Erin Wetzel
    Peg Mcinerney
    Alan Meyer
    Andrew Salvens
    Nicole Rinker
    William Tabbert
    Brooke Lovell
    Cody Edwards
    Calvin Wilson
    Blayne Carter
    Mandy Lewis
    Jeffrey Kulwin
    Jacob Smallhorn
    Thomas Luetkemeyer
    Ambrose McCall